08CR 372 *Felony*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE VALDEZ**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO X YES X If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **JUDGE ZAGEL**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO X YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO X YES
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO X YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO X YES ☐

6) What level of offense is this indictment or information? FELONY X MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO X YES ☐

8) Does this indictment or information include a conspiracy count? NO X YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide . . . . . . . . . . . . . . . (II) | ☐ Income Tax Fraud . . . . . . . . (II) | ☐ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust . . . . . (II) | ☐ Postal Fraud . . . . . . . . . . . . (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery . . . . . . (II) | X Other Fraud . . . . . . . . . . . (III) | ☐ Immigration Laws . . . . . . (IV) |
   | ☐ Post Office Robbery . . . . (II) | ☐ Auto Theft . . . . . . . . . . . (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
   | ☐ Other Robbery . . . . . . . (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws . . . . . . . (IV) |
   | ☐ Assault . . . . . . . . . . (III) | ☐ Forgery . . . . . . . . . . . . . . . . (III) | ☐ Motor Carrier Act . . . . . . . (IV) |
   | ☐ Burglary . . . . . . . . . . . . (IV) | ☐ Counterfeiting . . . . . . . . . (III) | ☐ Selective Service Act . . . . . (IV) |
   | ☐ Larceny and Theft . . . (IV) | ☐ Sex Offenses . . . . . . . . . . (II) | ☐ Obscene Mail . . . . . . . . . (III) |
   | ☐ Postal Embezzlement . . . (IV) | ☐ DAPCA Marijuana . . . . . . (III) | ☐ Other Federal Statutes (III) |
   | ☐ Other Embezzlement . . (III) | ☐ DAPCA Narcotics . . . . . . . (III) | ☐ Transfer of Probation Jurisdiction |

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC § 1341
    18 USC § 1343
    18 USC § 2314

**FILED MAY 08, 2008**
MAY X 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BRIAN HAYES
Assistant United States Attorney