Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE VALDEZ**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | JUDGE ZAGEL | Sitting Judge if Other Than Assigned Judge | |
| CASE NUMBER | 08CR 372 04 GJ 1247 | DATE | MAY 8, 2008 |
| CASE TITLE | US v. EDWARD R. VELAZQUEZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL JUNE 2007 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Nan R. Nolan_

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $100,000.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**RECEIVED**

MAY 08 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | |
|---|---|---|
| ☐ No notices required, advised in open court. | | Number of notices |
| ☐ No notices required. | | Date docketed |
| ☐ Notices mailed by judge's staff. | | Docketing dpty. initials |
| ☐ Notified counsel by telephone. | | |
| ☐ Docketing to mail notices. | | Date mailed notice |
| ☐ Mail AO 450 form. | | |
| ☐ Copy to judge/magistrate judge. | | Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | |