## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 372 | **DATE** | 5/16/2008 |
| **CASE TITLE** | UNITED STATES vs. **Edward R. Velazquez** | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty. Rule 16 conference deadline 5/23/2008. Pretrial motion deadline 6/13/2008. Status hearing set for 6/16/2008 at 10:00 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 5/16/2008 to 6/16/2008. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DW |
|---|---|---|