UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | No. 08 CR 372<br>Title 18, United States Code, |
| EDWARD R. VELAZQUEZ<br>    Defendant | )<br>) | Sections 1341, 1343, 2314, and 2. |

**MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO PRETRIAL DISCLOSURE OF CONFIDENTIAL INFORMANT'S IDENTITY**

Defendant Edward R. Velazquez, by his attorney James B. Koch, respectfully moves, pursuant to Federal Rule of Criminal Procedure 12(B)(1) and Federal Rule of Evidence 607, for disclosure of the identity of the confidential informant in this case. Such disclosure would be helpful to Mr. Velazquez defense and essential to the fair determination of this case.

WHEREFORE, defendant Edward Velazquez respectfully requests that the Court grant his motion for disclosure of the confidential informant notice no later than 45 days prior to trial.

Respectfully Submitted,

*James B. Koch*

James B. Koch
Attorney for Edward R. Velazquez

James B. Koch
53 West Jackson Boulevard, Suite 950
Chicago, Illinois 60604
Phone:    312-362-0000
Fax:       312 362-0440