UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Case No. 08 CR 372 |
| ) | |
| EDWARD R. VELAZQUEZ ) | Title 18, United States code, Section |
| ) | 1341, 1343, 2314, and 2. |
| Respondent | |

## NOTICE OF FILING

To:   U.S Attorney
      Brian Hayes
      219 S. Dearborn
      Chicago IL 60604

  PLEASE TAKE NOTICE that on June 3, 2008, we caused to be filed with the Northern District of Illinois, **Edward R. Velazquez's**:
1. Motion for Discovery of Certain Items in the Government's Possession;
2. Motion for Leave to File Additional Motions;
3. Motion for an Order Requiring the Government to Pretrial Disclosure of Confidential Informant's Identity;
4. Motion for Early Return of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c);
5. Motion to Preserve Government Agents', Police and Other Notes;
6. Motion for Immediate Disclosure of Impeaching Evidence;
7. Motion for an Order Requiring the Government to Give Notice of its Intention to use Other Crimes, Wrongs or Acts Evidence

  a copy of these motions are hereby served upon you.

                                            _____
                                            Attorney for Defendant

James B. Koch
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 1550
Chicago, Illinois 60604
Telephone 312.362.0000
Atty No. 29637

## CERTIFICATE OF SERVICE

    I, Angela Hartzog, a non-attorney, do hereby affirm under oath that I served copies of the above-named documents via electronic docketing in the Northern District of Illinois to the above-named parties, on or before the hour of 5:00 p.m., on the 3rd day of June 2008.

*Angela Hartzog*
Angela Hartzog