DECLARATION OF FACTS
Date: August 21st, 2013
Cert.Mail# 7012 3050 0001 3691 0891
alleged title: US v. EDWARD R. VELAZQUEZ " Fict Name Reg C 13000093388
alleged case# 08CR372
From Proponent: Eduardo Rafael:Velazquez Secured Party UCC Doc# 2013-263-0609-2
To Respondent: Brian Hayes; James B. Zagel; James I. Marcus

Guarding, preserving, protecting and implementing the opportunity for Absolute Truth to BE by the Absolute Knowledge from within absent limits;

WITH DUE STANDING, AUTHORITY and AUTHORIZATION, all rights reserved without recourse, without prejudice, public policy, UCC 1-308, the undersigned bondservant, state of body, one of "The One People" (as defined per UCC Doc. No. 2012079290), eternal essence inbodied (as defined per UCC Doc No. 2013032035), divine spirit incarnate (as defined in Apostolic Pontificate), public policy, UCC 1-201(31) and (33), knowingly, willingly, and intentionally makes and gives this DECLARATION OF FACTS for Respondents Brian Hayes, James B. Zagel and James I. Marcus, in alleged case#: 08CR372, this 21st day, of August, in the year of our creator, Two Thousand and Thirteen as the creator lives; Without dishonor, the following is true, correct and I am competent to say so:

I am without prejudice, Eduardo Rafael:Velazquez, in Special Limited Appearance on behalf of the defendant "EDWARD R. VELAZQUEZ" as I understand the process James B. Zagel, the alleged AUSA Brian Hayes has leveled an alleged criminal charge with the alleged CLERK and against the TRUST, using the ALL CAPS NAME of "EDWARD R. VELAZQUEZ." The use of capital letters is dictated by the US Printing Style Manuel, which explains how to identify a CORPORATION. The alleged CLERK, who is the ADMINISTRATOR of the alleged CESTA QUE TRUST, then appointed you James B. Zagel as the TRUSTEE for the TRUST and since neither of you can be the BENEFICIARY, that leaves me and therefore you are my TRUSTEE. So as my TRUSTEE, I demand, public policy, UCC 3-501, that you discharge this entire matter, with prejudice without further delay and award the penalties for these crimes to be paid to me as just compensation and damages for my false arrest, duly secured, public policy, UCC 1-304, guaranteed via duty of good faith to perform and repay all of my unlawfully and illegally commandeered value. Your silence is tacit procuration, estoppel in pais and therein will cause an additional demand, public policy, UCC 3-501, for Brian Hayes to produce the 1040 for this case, and in his probable refusal to do so, I will have my family members request the alleged IRS for said 1040. I do not accept any offers to contract and I do not consent to these proceedings (see Appendix "RESET") and hereby abrogate, rebut, void my signature from all contracts, agreements via prima facie evidence (see Appendix's CV, CR, PA) and rescind any presumptive consent on the record due to fraud, duress, coercion and undue influence. I duly re-notice Respondents of: (1) the official foreclosure via the One Peoples Public Trust 1776 ("OPPT") on 12/25/12 and your breach of contract therefrom; (2) the subsequent OPPT enforcement via the Pontificate issued 7/11/13 via the VATICAN; (3) the fact I am Secured Party and have an absolute commercial and intellectual proprietary interest in the FICTITIOUS NAME REGISTRATION of "EDWARD R. VELAZQUEZ" wherein I declare is a matter for the Public Record not to be presumed for the private side under Private BAR Guild rules; (4) their continued conspiring via 3rd party retaliation and sabotage of my adoption of OPPT constitutional remedy at MCC CHICAGO (see Appendix "BLAS"). Caveat, ignorance is no excuse for not knowing the law, govern yourselves accordingly.

YOU HAVE 72 HOURS TO COMPLY AND ESTOPPEL IN PAIS;

FILED
OCT 10 2013  mwb
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT





1 of 2

UNDER RESERVE WITH COPY-CLAIM
By:_____, Agent
Not a corporation, but a living soul



DULY VERIFIED as BEing DONE, MADE, ISSUED, ENTERED, RECONFIRMED, RATIFIED and NOTICED as a matter of fact, record, with due standing, authority and authorization, this 21st day of August, 2013, lovingly, knowingly, willingly, and intentionally made, given, and noticed, as infinite love and conscious absolute eternal essence, divine spirit incarnate, inbodied, absolutely transparent in Absolute Truth and Absolute Data, with unlimited personal liability, sworn under the penalties of perjury in accordance with lawful Universal Contract, under governing law, UILO UCC Doc. No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA;

By: _____ date: 8/21/2013
Eduardo Rafael Velazquez
as State of Body and Bondservant

By: _____ date: 8/21/2013
ALFRED GENEBIZZA
Witness - as State of Body and Bondservant

10/5/13 I hereby affirm under penalty of perjury under the laws of the United States of America, that the foregoing is true, complete, accurate and not misleading. Witness my hand and seal.

By: without prejudice _____
Aphrodite Portalis as Attorney-in-Fact for
Eduardo Rafael Velazquez

STATE OF ILLINOIS, COOK COUNTY
Signed before me by Aphrodite Portalis as Attorney in fact for Eduardo Rafael Velazquez on 10-5-2013.

Jean A. Zei

OFFICIAL SEAL
JEAN A ZEI
NOTARY PUBLIC-STATE OF ILLINOIS
My Commission Expires 3/6/14

All Rights Reserved without Prejudice UCC 1-308 a creation of God and bondservant thereof. 8/21/2013

UNDER RESERVE WITH COPY-CLAIM
By:_____, Agent
Not a corporation, but a living soul

